AO 93 (Rev. 5/85) Search Warrant

# United States District Court

DISTRICT OF RHODE ISLAND

**In the Matter of the Search of**
(Name, address or brief description of property or premises to be searched)

**Sony Clie organizer, three memory sticks, and laptop computer**

SEARCH WARRANT

CASE NUMBER: 1:05-M-135M

TO: Special Agent James McCormack and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent James McCormack who has reason to
Affiant

believe that [ ] on the person of or [X] on the premises known as (name, description and/or location)

One Sony Clie personal entertainment organizer (serial #3013162), three memory sticks (one Sony 8MB #MSA-8A-D321Y3E, one Sony 32MB #MSA-32A-1323Y1A, and one memory stick still inserted in the aforementioned Sony Clie), and one Sony Laptop, (ID# AK8PCG4A1L).

in the ______ District of RHODE ISLAND there is now concealed a certain person or property, namely (describe the person or property)

electronic data pertaining to sales and prices of controlled substances; names and identifying and contact information of drug suppliers, customers, and accomplices; smuggling methods; collection, payment, and transmission of money, and financial data relating to profits, losses, debts, and concealment of the proceeds of illegal drug trafficking activities,

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before November 19, 2005
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established)) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or prop-erty seized and promptly return this warrant to DAVID L. MARTIN as required by law.
U.S. Judge or Magistrate Judge

Attest to True Copy
DAVID A. DIMARZIO
By [signature]

11-9-05 9:00 AM at Providence, Rhode Island
Date and Time Issued — City and State

DAVID L. MARTIN
United States Magistrate Judge
Name and Title of Judicial Officer

[signature: David L. Martin]
Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-09-2005 | 11-18-2005 | N/A |

INVENTORY MADE IN THE PRESENCE OF Computer Forensic Examiner Mark Morgan

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

No Electronic data fitting the criteria set forthin the Search Warrant was discovered. Therefore No data was seized.

FILED
2005 DEC -5 P 3:59
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] 12-5-05

U.S. ~~Judge~~ or Magistrate JUDGE Date